**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHAI SUN,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. 2:22-cv-07098-AB-MAA<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION OF DISMISSAL** |

    Based on the parties' Stipulation of Dismissal, this action is **DISMISSED** in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: November 06, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge